CATHERINE CORTEZ MASTO
Attorney General
RAELENE K. PALMER
Deputy Attorney General
Nevada Bar No. 8602
Public Safety Division
555 E. Washington Ave., #3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Fax: (702) 486-3773
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKEY MCDONALD,<br><br>    Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.<br><br>    Defendants. | CASE NO. 2:09-cv-01427-GMN-(RJJ)<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties, Plaintiff RICKEY MCDONALD, Plaintiff *Pro Se*, and Defendants ISIDRO BACA and WILLIAM KULOLOIA, by and through legal counsel, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, and RAELENE K. PALMER, Deputy Attorney General, that the above-entitled matter be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

///

///

///

///

///

///

///

DATED this 6 day of OCTOBER, 2010.              DATED this 15th day of October, 2010.

CATHERINE CORTEZ MASTO
Nevada Attorney General

_____                     By: /s/ RAELENE K. PALMER
RICKEY MCDONALD                                 RAELENE K. PALMER
*Plaintiff Pro Se*                              Deputy Attorney General
                                                Public Safety Division
                                                *Attorney for Defendants*

## ORDER

The Court having considered the Stipulation submitted by the Parties hereto and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above entitled action CASE NO. 2:09-cv-01427-GMN-(RJJ), be and is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

**DATED** this 15th day of October, 2010.

_____
Gloria M. Navarro
United States District Judge